IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JORGE NIEBLA,
    Plaintiff,

vs.                             3:07cv417/MCR/MD

SGT. JOHN MORING,
    Defendant.
_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on October 3, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     The plaintiff's case is dismissed without prejudice to its refiling accompanied by the payment of the full $350.00 filing fee.

DONE AND ORDERED this 2nd day of November, 2007.

                                                     s/ *M. Casey Rodgers*
                                                     **M. CASEY RODGERS**
                                                     **UNITED STATES DISTRICT JUDGE**